# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA (Alexandria Division)

| | | |
|---|---|---|
| VINCENT T. TAYLOR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10cv181 |
| | ) | (TSE/TRJ) |
| THE CNA CORPORATION | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SUSAN I. LANGLITZ | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ANN W. CASEY | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ELIZABETH HAYES | ) | |
| _____ | ) | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT
## FOR DEFENDANT THE CNA CORPORATION

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The CNA Corporation ("CNA") in the above captioned action, certifies that no parent companies, subsidiaries or affiliates of CNA have any outstanding securities in the hands of the public.

Respectfully submitted,

**JACKSON LEWIS LLP**

Date: April 7, 2010        By:            /s/
                              John M. Barr, VA Bar No. 29864
                              321 West Franklin Street
                              Richmond, VA 23220
                              Ph.  (804) 212-2851
                              Fax: (804) 649-0403
                              john.barr@jacksonlewis.com

                              Joel J. Borovsky, VA Bar No. 76519
                              10701 Parkridge Boulevard, Suite 300
                              Reston, VA  20191
                              Ph.  (703) 483-8300
                              Fax: (703) 483-8301
                              borovsky@jacksonlewis.com

                              *Counsel for Defendants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on April 7, 2010, a copy of the foregoing *Financial Disclosure for Defendant The CNA Corporation* was filed electronically through the Court's ECF system and mailed, first-class mail, postage prepaid, to:

        Carla D. Brown, VA Bar No. 44803
        Charlson Bredehoft & Brown Cohen, P.C.
        11260 Roger Bacon Drive, Suite 201
        Reston, Virginia 20190
        Ph. (703) 318-6800
        Fax. (703) 318-6808
        cbrown@cbcblaw.com

By:         /s/
        John M. Barr, VA Bar No. 29864
        321 West Franklin Street
        Richmond, VA 23220
        Ph. (804) 212-2851
        Fax: (804) 649-0403
        john.barr@jacksonlewis.com

        Joel J. Borovsky, VA Bar No. 76519
        10701 Parkridge Boulevard, Suite 300
        Reston, VA 20191
        Ph. (703) 483-8300
        Fax: (703) 483-8301
        borovsky@jacksonlewis.com

        *Counsel for Defendants*